UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: ED19-625M |
| Plaintiff, | ) ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. JACOB NARSI, | ) ) ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Defendant. | ) ) ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the NORTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other:

1

|    |        |     | and/ or |
|----|--------|-----|---------|
| B. | (X) | | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: |
|    |     | (X) | information in the Pretrial Services Report and Recommendation |
|    |     | (X) | information in the violation petition and report(s) |
|    |     | (X) | the defendant's nonobjection to detention at this time |
|    |     | ()  | other: |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 20, 2019

_____
KENLY KIYA KATO
United States Magistrate Judge